IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS J. WINSTON,

     Petitioner,                    No. CIV S-10-2554 JAM EFB P

    vs.

GARY SWARTHOUT,

     Respondent.                ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has notified the Clerk of the Court of his intent to voluntarily dismiss this action. Respondent has not filed an answer or motion for summary judgment.

     A petitioner may dismiss an action without a court order at any time before the respondent serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a); *see also* Rule 12, Rules Governing Section 2254 Proceedings. Respondent has not answered or moved for summary judgment.

     The Clerk of the Court therefore is directed to enter petitioner's dismissal without prejudice.

Dated: January 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE